IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>LUKE STEPHEN CROUSE,<br>Defendant. | Criminal No. 4:25-CR-00099-001<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Defendant pled guilty to Count I: Sexual Exploitation of a child in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

That based on Defendant's plea to Count I, he is subject for a minimum term of imprisonment of 25 years and a maximum term of imprisonment of 50 years.

That the Defendant concurs with the Government Sentencing Guideline Calculations.

That the Defendant respectfully requests the Court to impose the minimum sentence term.

RESPECTFULLY SUBMITTED:

/s/Timothy McCarthy II________________

Timotthy McCarthy II (AT0005148)
McCARTHY & HAMROCK, P.C.
1200 Valley West Drive, Ste. 400
West Des Moines, IA 50266
PH: (515) 279-9700
FAX: (515) 279-8355
EMAIL: tim@mccarthyandhamrock.com
ATTORNEY FOR DEFENDANT.

Electronically Copied to:

Shai Gonzales
Assistant United States Attorney
Southern District of Iowa
Shai.gonzales@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on September 8, 2026.

By: ☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Federal Express ☒ Other: Electronically

Signature: ______/s/Brooke D. Lampman______